1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHRISTOPHER L. BLANK, ATTORNEY AT LAW, PC
Christopher L. Blank (SBN 115450)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 250-4600
Email: chris@chrisblanklaw.com

Attorney for Defendant ANDREW S. DAVIS

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>            Debtor.<br><br>———————————————<br><br>RICHARD A. MARSCHACK, Chapter 7 Trustee of the Estate of EAGAN AVENAITTI, LLP<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREW S. DAVIS, an individual<br><br>            Defendant. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No. 8:20-ap-01146-SC<br><br>**DECLARATION OF ANDREW S. DAVIS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: October 20, 2020<br><br>Hearing Set For<br><br>Date:  May 25, 2022<br>Time:  10:00 AM<br>Hearing Judge:  Hon. Scott Clarkson<br>Location:  Virtual – Via Zoom.gov |

    I, Andrew S. Davis, declare that the facts set forth below are true and correct of my own personal knowledge, and if called upon to testify, I could and would testify competently to them.

    1.    I am a professional race car driver and have been for more than a decade.  In late 2012, I was hired by Michael Avenatti to drive Avenatti's race cars in the 2013 American Le Mans Series ("ALMS").  My contract to drive for Avenatti is attached as part of Defendant's Compendium of Exhibits ("Compendium") as **Exhibit 1**.  The contract provides for Avenatti to pay me $100,000.00 in installments for my services for the 2013 ALMS.

2.      I fulfilled my part of the contract by driving for Avenatti in various races during the 2013 ALMS.  I received wire transfers of $60,000.00 for my services in installments of $10,000.00 on March 11, 2013, $20,000.00 on March 14, 2013, and $30,000.00 on September 3, 2013.  Bank statements showing receipt of these funds by Davis are attached as part of the Compendium as **Exhibit 2**.  Although I did not realize it at the time I received the wire transfers, it appears that each of them came from an account held in the name of Eagan Avenatti LLP at California Bank and Trust, with an account number ending in 8461.  These are the transfers that the Trustee seeks to avoid ("Transfers").

3.      For many years before and after the Transfers, Michael Avenatti was a well-known participant in the sport of Motor Racing.  Throughout those years, Avenatti marketed his services as an attorney while participating in Motor Racing.  Avenatti used his participation and notoriety in that sport to gain access to potential clients and potential referral sources for clients.

4.      My services as a professional race car driver were necessary to and facilitated Avenatti's participation in Motor Racing and provided direct and indirect benefits to him and his law firm.

5.      The services I provided were reasonably equivalent in value to the Transfers I received for those services.  My contract with Avenatti and my receipt of the Transfers were ordinary course of business transactions.  I had no knowledge that Avenatti or his law firm were in any legal or financial trouble during the time that I drove for Avenatti.

6.      I have no connections to Avenatti other than as a driver for his team during the 2013 ALMS.  I have no connections to Eagen Avenatti, LLP ("EA") other than as the recipient of the Transfers in payment for my services as a driver.  I am not an insider with respect to EA.

7.      EA did not retain possession of the funds that were paid to me for my services as a driver.

8.      I did not conceal the payments made to me by EA, and to my knowledge, neither did EA.

9.      I had no knowledge that EA had been sued or threatened with suit at the time of the Transfers,

10.     The $60,000.00 I received by way of the Transfers does not appear to have been all or substantially all of EAs assets.  To the contrary, it appears to be a drop in the bucket compared to the tens of millions of dollars per year that passed through the accounts of EA and Avenatti.

11.     EA does not appear to have absconded before or after the Transfers.

12.     I had and have no knowledge that EA ever removed or concealed assets.

13.     By satisfying a debt that Avenatti owed to me, EA received reasonably equivalent value for the Transfers.

14.     I had no knowledge or reason to believe that EA was insolvent at the time of the Transfers or was rendered insolvent as a result of the transfers.

15.     I had no knowledge or reason to believe that the Transfers occurred shortly before or shortly after EA incurred any substantial debt.

16.     I was not a lienor of EA at the time of the Transfers and the $60,000.00 I received by way of the Transfers does not appear to be an essential business asset of EA.

17.     By receiving the Transfers, I did not act with fraudulent intent.

18.     I have never colluded with EA.

19.     I have never participated in any allegedly fraudulent scheme with EA.

20.     I have never had any actual knowledge of any fraudulent intent on the part of EA with respect to the Transfers.

21.     I have never had any actual knowledge of any evidence, or reason to suspect, that the Transfers were made with fraudulent intent by EA.

/////

/////

/////

/////

DECLARATION OF DAVIS ISO OF MOTION FOR SUMMARY JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22.    I have always acted in good faith with respect to my services as a race car driver for Avenatti and my receipt of the Transfers from EA.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 13th day of April 2022 at _____Watkinsville_____, Georgia.

Andrew S. Davis

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  4675 MacArthur Court, Suite 550, Newport Beach, California 92660.

A true and correct copy of the foregoing document described as **DECLARATION OF ANDREW S. DAVIS ISO MOTION FOR SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 12, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Daniel M Anderson on behalf of Defendant Nationwide Life Insurance Company
daniel.anderson@icemiller.com, sandy.heaberlin@icemiller.com

**8:20-ap-01146-SC Notice will be electronically mailed to:**

**Christopher L Blank on behalf of Defendant Andrew S. Davis**
**chris@chrisblanklaw.com**

**Richard A Marshack (TR)**
**pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com**

**Jack A. Reitman on behalf of Plaintiff Richard A. Marshack**
**jareitman@landaufirm.com,**
**srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com**

**John P. Reitman on behalf of Plaintiff Richard A. Marshack**
**jreitman@landaufirm.com,**
**vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com**

**Monica Rieder on behalf of Interested Party Courtesy NEF**
**mrieder@landaufirm.com,**
**vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com**

**United States Trustee (SA)**
**ustpregion16.sa.ecf@usdoj.gov**

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served  the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/13/2022 | CHRISTOPHER BLANK | /s/ Christopher L. Blank |
|---|---|---|
| Date | Type Name | Signature |

DECLARATION OF DAVIS ISO OF MOTION FOR SUMMARY JUDGMENT
`- 5 -